## Q. C. LUM, ALSO KNOWN AS QUON CHOCK LUM *v.* GERTRUDE V. STEVENS, ADMINISTRATRIX OF THE ESTATE OF FRANK SOFFRA, DECEASED.

### No. 3055.

FILED MARCH 15, 1958.                    DECIDED MARCH 19, 1958.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The petition for rehearing in the above entitled cause is denied without argument. The points presented in the petition were considered by this court in connection with the original hearing of the case.

It may also be noted that RULE 5 (a) of this court has not been complied with. The petition neither includes authorities relied on in support thereof, nor is it supported by certificate of counsel to the effect that it is presented in good faith and not for delay.

*Katsugo Miho (Fong, Miho & Chuck* with him on the briefs) for the petition.